Two Cases.

GEORGE E. MORSE, ADMINISTRATOR, ETC., APPELLANT, v. SAMUEL WHITE AND OTHERS, RESPONDENTS.

SAMUEL WHITE, RESPONDENT, v. GEORGE E. MORSE, ADMINISTRATOR, ETC., AND OTHERS, APPELLANTS.

APPEALS from judgments in favor of the respondents, entered upon the report of a referee.

The following extract from the careful and exhaustive opinion of Mr. Justice BOCKES, shows the character of the questions passed upon by the court: "It has not been found necessary to cite authorities, or even here to refer, by way of particular notice and comment, to the many cases cited in the elaborate and able briefs submitted by the learned counsel who argued the appeal. The difficulties in the case have arisen mainly, if not entirely, out of a disagreement as to the facts. If the facts certified by the referee be well proved, the case is relieved, as it seems to me, from all perplexity on the law."

Opinion by BOCKES, J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgments affirmed, with costs.